1   JASON M. FRIERSON
United States Attorney
2   Nevada Bar Number 7709
JIM W. FANG
3   Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
4   Las Vegas, Nevada 89101
Phone: (702) 388-6336
5   Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

6

**UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,

9                          Plaintiff,            CASE NO:  2:19-cr-315-JAD-NJK

10      vs.

                                                STIPULATION TO CONTINUE
11   CHARLES HILL,                              SENTENCING HEARINGS (FIRST
                                                REQUEST)
                          Defendant.
12

13        It is hereby stipulated and agreed, by and between Jason M. Frierson, United States

14   Attorney, through Jim W. Fang, Assistant United States Attorney, and Chris T.

15   Rasmussen, Esq., counsel for Defendant Charles Hill, that the sentencing hearing in the

16   above-captioned matter, previously scheduled for February 12, 2024, at 11:00 a.m., be

17   vacated and continued to March 6, 2024, at a time convenient to the Court.

18        This Stipulation is entered into for the following reasons:

19        1.      The sentencing hearings for Defendant Charles Hill is currently scheduled for

20   February 12, 2024.

21        2.      However, upon stipulation, all other defendants' sentencing hearings in this

22   case have been continued to March 6, 2024.

23        3.      The case agent in this case has transferred to Washington, D.C. during the

24   pendency of this matter, and would have to travel long-distance to attend the sentencing

1  hearings.

2      4.      As such, the parties have agreed that in order to minimize the inconvenience

3  to the case agent, and to conserve government resources, the sentencing hearing for

4  Defendant be moved to March 6, 2024, the same day as the other defendants.

5      5.      Defendant is currently out of custody, and does not object to this

6  continuance.

7      6.      This is the first request for a continuance of sentencing hearing filed for this

8  Defendant.

9  Dated January 26, 2024.

10  JASON M. FRIERSON
United States Attorney

11
By: *s/ Jim W. Fang*                              By: *s/ Chris T. Rasmussen*
12      JIM W. FANG                                       CHRIS T. RASMUSSEN, ESQ.
        Assistant United States Attorney                 Counsel for Defendant HILL

13

14

15

16

17

18

19

20

21

22

23

24

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

                    Plaintiff,

    vs.

CHARLES HILL,

                    Defendant.

CASE NO:  2:19-cr-315-JAD-NJK

ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing hearing in *United States v. Charles Hill*, 2:19-cr-315-JAD-NJK, previously scheduled for February 12, 2024, at 11:00 a.m., is vacated and continued until <u>March 6, 2024 at 9:30 a.m.</u>

Dated this 29th day of January, 2024.


By: _____
JUDGE JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE

3