UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:19-cr-00315-JAD-NJK |
|---|---|
| Plaintiff | |
| v. | **Order Denying Charles Hill's Motion to Remove House-Arrest Bracelet** |
| Charles Hill, | |
| Defendant | ECF No. 203 |

Charles Hill was convicted of conspiracy to commit wire fraud for his part in an India-based IRS scam that bilked thousands of victims out of millions of dollars.[1] In part because of his non-leadership role and poor health, Hill received a generously lenient non-custodial sentence with eight months of home confinement and location monitoring.[2] The method of location monitoring was left up to the U.S. Probation Office, which elected to put Hill on an ankle monitor. Just two weeks after sentencing, Hill filed a motion, asking the court to modify his conditions and order the removal of that ankle bracelet because his health-care provider says that his "chronic medical conditions . . . are being affected by" it.[3] The government opposes the motion, contending that this representation is inconsistent with what Hill himself has reported, and Hill hasn't communicated this concern to his probation officer at all, which should be his first step.[4] Because I do not find that Hill has established good cause for the modification of his condition at this time,

---

[1] ECF No. 205.
[2] *Id.* at 4.
[3] ECF No. 203-1.
[4] ECF No. 209.

IT IS ORDERED that Charles Hill's Motion to Remove House-Arrest Bracelet and Allow Hill to Remain on Home Confinement without the Ankle Monitor **[ECF No. 203] is DENIED** without prejudice.  Hill should communicate with his probation officer to discuss alternatives before filing a renewed motion.

_____
U.S. District Judge Jennifer A. Dorsey
April 12, 2024